**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

| | | |
|---|---|---|
| John Christopher Smith, | ) | C/A No.: |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ANSWERS TO LOCAL RULE** |
| | ) | **26.01 INTERROGATORIES** |
| Ernest J. Edwards, individually, | ) | |
| Bobby Paul Edwards, individually, and | ) | |
| Half Moon Foods, Inc., d/b/a J&J Cafeteria, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court,

District of South Carolina, Plaintiff answers as follows:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:  None known to Plaintiff at this time.**

B. As to each claim, state whether it should be tried by jury or nonjury and why.

**ANSWER:  Plaintiff asserts that each claim alleged should be tried by a jury.**

C. State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:  Plaintiff is not a publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  *See* Local Civ. Rule 3.01 (D.S.C.).

**ANSWER:  Plaintiff is a resident and citizen of Horry County, South Carolina, and the Defendant is a resident and citizen of Horry County, South Carolina. Defendant's actions that led to Plaintiff's claims occurred in Horry County,**

**South Carolina. Accordingly, the Florence Division is the appropriate division of the United States District Court District of South Carolina in which to file Plaintiff's claim.**

E.  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: This matter is not related to any other matter filed in the District Court, District of South Carolina.**

Respectfully submitted,

McLEOD LAW GROUP, LLC
Post Office Box 21624
Charleston, South Carolina 29413
(843) 277-6655

/s/ W. Mullins McLeod, Jr.

W. Mullins McLeod, Jr., No. 7142
Michael Thoams Cooper, No. 12198
D. Ellis Roberts, No. 11467

DAVID AYLOR LAW OFFICES
24 Broad Street
Charleston, SC 29401

/s/ David Aylor

David Aylor, No. 10343

November 16, 2015
Charleston, South Carolina