**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

| | | |
|---|---|---|
| John Christopher Smith, | ) | C/A No.: 4:15-CV-04612-BHH-TER |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **VOLUNTARY DISMISSAL** |
| | ) | **(WITHOUT PREJUDICE)** |
| Ernest J. Edwards, individually, | ) | |
| Bobby Paul Edwards, individually, and | ) | |
| Half Moon Foods, Inc., d/b/a J&J Cafeteria, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff hereby voluntary dismisses the remaining Defendant, Bobby Paul Edwards, from the above-captioned matter.  This voluntary dismissal is filed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and has been filed prior to Defendant Bobby Paul Edwards filing an answer in the present action.

*(Signature on Following Page)*

Respectfully Submitted,


**McLeod Law Group, LLC**
3 Morris Street (29403)
PO Box 21624
Charleston, South Carolina 29413
P: 843-277-6655 F: 843-277-6660

/s/ D. Ellis Roberts
W. Mullins McLeod, Jr.
Fed ID No.: 7142
Michael Thomas Cooper
Fed ID No.:12198
D. Ellis Roberts
Fed ID NO.:11467

**DAVID AYLOR LAW OFFICES**
24 Broad Street
Charleston, SC 29401

/s/ David Aylor
David Aylor,
Fed ID No.: 10343


Attorneys for the Plaintiff

February 24, 2016
Charleston, South Carolina