# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| John Christopher Smith, | ) | CASE NO. 4:15-CV-04612-BHH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **RULE 26(f) REPORT** |
| | ) | |
| Ernest J. Edwards, individually, | ) | |
| Bobby Paul Edwards, individually, | ) | |
| and Half Moon Foods, Inc. d/b/a J&J | ) | |
| Cafeteria, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒ We agree that the schedule set forth in the Amended Conference and Scheduling Order filed February 25, 2016 is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

| **PLAINTIFF(S)** | **DEFENDANT(S)** |
|---|---|
| *s/D. Ellis Roberts* | *s/Gene M. Connell, Jr.* |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| | |
| D. Ellis Roberts | Gene M. Connell, Jr. (Fed. I.D. No. 236) |
| Fed ID No. 11467 | KELAHER, CONNELL & CONNOR, P.C. |
| W. Mullins McLeod, Jr. | The Courtyard, Suite 209 |
| Fed ID No.: 7142 | 1500 U. S. Highway 17 North |
| Michael Thomas Cooper | Post Office Drawer 14547 |
| Fed ID No.:12198 | Surfside Beach, South Carolina  29587-4547 |
| McLeod Law Group, LLC | **Attorney for Defendants Ernest J. Edwards and Half Moon Foods, Inc. d/b/a J&J Cafeteria** |
| P. O. Box 21624 | |
| Charleston, SC  29413 | |
| **Attorneys for John Christopher Smith** | |
| | *Printed Name of Defendant's Counsel* |
| *s/David Aylor* | *and Party Represented* |
| *Signature of Plaintiff's Counsel* | |
| | |
| David Aylor | |
| Fed ID No. 10343 | |
| David Aylor Law Offices | |
| 24 Broad Street | |
| Charleston, SC  29401 | |
| **Attorneys for John Christopher Smith** | |
| | |
| *Printed Name of Plaintiff's Counsel* | |
| *and Party Represented* | |
| | |
| *Dated:*March 4, 2016 | *Dated:*March 4, 2016 |