**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| John Christopher Smith, | ) | C/A No.: 4:15-CV-04612-BHH-TER |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **SECOND CONSENT AMENDED** |
| | ) | **SCHEDULING ORDER** |
| | ) | |
| Ernest J. Edwards, individually, and | ) | |
| Half Moon Foods, Inc., d/b/a J&J Cafeteria, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **October 25, 2016**.

2. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **November 25, 2016**.

3. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **November 25, 2016**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

4. Discovery shall be completed no later than **January 25, 2017**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Rogers in an attempt to resolve the matter**

**informally.**

5.  Mediation shall be completed in this case on or before **January 25, 2017**. See the Mediation Order filed in this case which sets forth mediation requirements.

6.  All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **February 24, 2017** (Fed.R.Civ.P.16(b)(3)(A)).

7.  This case is subject to being called for jury selection and/or trial after **April 23, 2017**. Once a specific jury selection and trial date are scheduled, a Notice will be issued at that time. The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs, and marking of exhibits.

    s/Thomas E. Rogers, III
    United States Magistrate Judge

Dated: August 11, 2016
Florence, South Carolina
Pursuant to Local Civil Rule 83.I.06, this order is being sent to local counsel only.