**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| John Christopher Smith, | ) | CASE NO. 4:15-CV-04612-BHH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REQUEST FOR** |
| | ) | **PROTECTION FROM COURT** |
| Ernest J. Edwards, individually, | ) | **APPEARANCES** |
| and Half Moon Foods, Inc. d/b/a J&J | ) | |
| Cafeteria, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Gene M. Connell, Jr., attorney for Defendants Ernest J. Edwards, individually and Half Moon Foods, Inc. d/b/a J&J Cafeteria, respectfully requests protection from court appearances for the following dates:

    October 26 and October 26, 2017

for purposes of a family vacation.

            KELAHER, CONNELL & CONNOR, P.C.

            /s/ Gene M. Connell, Jr.
            Gene M. Connell, Jr. (Fed. I.D. No. 236)
            The Courtyard, Suite 209
            1500 U. S. Highway 17 North
            Post Office Drawer 14547
            Surfside Beach, South Carolina 29587-4547
            (843) 238-5648 (phone)
            (843) 238-5050 (facsimile)
            gconnell@classactlaw.net
            **Attorney for Defendants**

August 4, 2017
Surfside Beach, South Carolina