# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

## FLORENCE DIVISION

| | |
|---|---|
| John Christopher Smith, ) | C/A No.: 4:15-CV-04612-BHH-TER |
| Plaintiff, ) | |
| v. ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |
| Ernest J. Edwards, individually, and ) Half Moon Foods, Inc., d/b/a J&J Cafeteria, ) | |
| Defendants. ) | |

Michael T. Cooper, counsel for Plaintiff Leroy Fulton, respectfully requests protection from hearings, trials, or any other court appearances in this action from September 4-8, 2017, when counsel will be traveling outside the state of South Carolina for vacation.

Respectfully submitted,

McLeod Law Group, LLC


  s/ Michael Thomas Cooper
Michael Thomas Cooper, Esq.
3 Morris Street, Suite A
Charleston, SC 29403
Telephone No: (843) 277-6655
michael@mcleod-lawgroup.com

August 4, 2017
Charleston, South Carolina