# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| John Christopher Smith, | ) | CASE NO. 4:15-CV-04612-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF REQUEST FOR |
| | ) | PROTECTION FROM COURT |
| Ernest J. Edwards, individually, and | ) | APPEARANCES |
| Half Moon Foods, Inc. d/b/a J&J | ) | |
| Cafeteria, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Gene M. Connell, Jr., attorney for Defendants Ernest J. Edwards and Half Moon Foods, Inc. d/b/a J&J Cafeteria, respectfully requests protection from court appearances beginning June 21, 2019 through August 30, 2019 due to emergency eye surgery on June 20, 2019 and pursuant to doctor's orders.

KELAHER, CONNELL & CONNOR, P.C.

*s/ Gene M. Connell, Jr.*
Gene M. Connell, Jr. (Fed. I.D. No. 236)
The Courtyard, Suite 209
1500 U. S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina  29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net
**Attorney for Defendants Ernest J. Edwards and Half Moon Foods, Inc. d/b/a J&J Cafeteria**

June 26, 2019
Surfside Beach, South Carolina.