AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| John Christopher Smith | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:15-cv-04612-RBH-TER |
| Ernest J. Edwards, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Christopher Smith                                                                                                       .

Date:   02/10/2020

s/ Colin V. Ram
*Attorney's signature*

Colin V. Ram
*Printed name and bar number*

PO Box 21624
Charleston, SC 29414

*Address*

colin@mcleod-lawgroup.com
*E-mail address*

(843) 277-6655
*Telephone number*

(843) 277-6660
*FAX number*